Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−24743−JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    NJ Statewide Management
    216 Cambridge Avenue
    Jersey City, NJ 07307

Social Security No.:

Employer's Tax I.D. No.:
    04−0025316

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by David Wolff, Trustee.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

  ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

  ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

  ☐    The corporate debtor is self−represented.

  ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable John K. Sherwood on,

Date: 11/15/16
Time: 10:00 AM
Location: Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Dated: October 25, 2016
JJW:

                                                                    James J. Waldron
                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-24743-JKS
NJ Statewide Management                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 1           Date Rcvd: Oct 25, 2016
                              Form ID: 170          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2016.
```
db             +NJ Statewide Management,    216 Cambridge Avenue,    Jersey City, NJ 07307-1968
515664249      +Citibank, N.A.,    c/o Krovatin Klingeman LLC,    60 Park Place, Suite 1100,
                 Newark, New Jersey 07102-5515
515664251      +City of Jersey City,    Div. of Housing Code,    Enforcement,    30 Montgomery St., 4th Fl.,
                 Jersey City, NJ 07302-3829
515861498      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
515664250      +Midfirst Bank,    999 Northwest Grand Blvd.,    Suite 100,    Oklahoma City, OK 73118-6051
515664252      +State of New Jersey,    Dept. of Community Affairs,    Bureau of Housing Inspection,
                 101 So. Broad St., PO Box 81,    Trenton, New Jersey 08625-0081
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 25 2016 23:01:55     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 25 2016 23:01:52     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515702944       E-mail/Text: cio.bncmail@irs.gov Oct 25 2016 23:01:30     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
516323658      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 25 2016 23:01:52     United States Trustee,
                 One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
                                                                                              TOTAL: 4
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515664253*     +Midfirst Bank,    999 Northwest Grand Blvd.,    Suite 100,    Oklahoma City, OK 73118-6051
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2016 at the address(es) listed below:
```
              David Wolff     dwtrustee@verizon.net, NJ50@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   MidFirst Bank bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Noah M Burstein    on behalf of Debtor   NJ Statewide Management bursteinlawyer@aol.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```