UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

DAVID WOLFF, TRUSTEE
396 Route 34
Matawan, New Jersey 07747
(732) 566-1189
DW/1993

Order Filed on November 17,
2016 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

NJ STATEWIDE MANAGEMENT,

              Debtor.

Case No.: 15-24743-JKS

Chapter 7 Proceeding

Judge: Honorable John K. Sherwood

## ORDER DISMISSING PETITION

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: November 17, 2016**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon consideration of the Motion of David Wolff, Trustee, for an order dismissing debtor's petition for failure to cooperate with the Trustee by not producing required documentation despite repeated requests, and upon due notice to all parties in interest, and good cause appearing therefore, it is hereby

ORDERED, that the within case be and it is hereby DISMISSED; and it is further

ORDERED, that notice of this dismissal be given to all creditors and parties in interest by the Clerk of the Bankruptcy Court.

United States Bankruptcy Court
District of New Jersey

In re:  
NJ Statewide Management  
    Debtor

Case No. 15-24743-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 17, 2016  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2016.  
db         +NJ Statewide Management,   216 Cambridge Avenue,   Jersey City, NJ 07307-1968

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2016 at the address(es) listed below:  
         David Wolff     dwtrustee@verizon.net, NJ50@ecfcbis.com  
         Denise E. Carlon     on behalf of Creditor     MidFirst Bank bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
         Noah M Burstein     on behalf of Debtor     NJ Statewide Management bursteinlawyer@aol.com  
         United States Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                      TOTAL: 4